EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Juan A. Lugo Méndez | 2015 TSPR 69<br><br>193 DPR \_\_\_\_ |

Número del Caso: TS-4,060

Fecha: 14 de mayo de 2015

Materia: Conducta Profesional- La suspensión será efectiva una vez advenga final y firme la Sentencia conforme la Regla 45 de Reglamento del Tribunal Supremo sobre reconsideración.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan A. Lugo Méndez                    TS-4060

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de mayo de 2015

Examinado el expediente y vista la recomendación del Comisionado Especial, Lcdo. Carlos S. Dávila Vélez, se acoge ésta y, en consecuencia, se suspende al Lcdo. Juan A. Lugo Méndez del ejercicio de la abogacía como medida de protección social, al amparo de la Regla 15 de este Tribunal. Asimismo, en vista de lo anterior, se ordena el archivo de la petición que ante este Tribunal presentara la Directora del Programa de Educación Jurídica Continua, Lcda.Geisa M. Marrero Martínez.

Publíquese inmediatamente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo